**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6903**

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　　v.

DEVERN CLEMON,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Terry L. Wooten, District Judge. (4:03-cr-00287-TLW-1)

Submitted:  September 20, 2012      Decided:  September 28, 2012

Before KING, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Devern Clemon, Appellant Pro Se.   Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devern Clemon appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Clemon, No. 4:03-cr-00287-TLW-1 (D.S.C. May 4, 2012). We grant Clemon's motion to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2